UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

JOSE TORRES, et al.,

      *Plaintiffs*,

v.

NANCY GIROUX, et al.,

      *Defendants*.

Civil Action No. 15-174

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE IN PART

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS** as follows:

(1) The Court **ADOPTS** the Report and Recommendation [Doc. No. 58].

(2) Plaintiffs' claims against all Defendants in their official capacities are **DISMISSED**.

(3) Plaintiffs' Eighth Amendment claim against Defendants Bashor, Phillips, Arnold, Putman, Brown, Mulligan, Newell, Walters, and DiRaimo is **DISMISSED**.

(4) Plaintiffs' Fourteenth Amendment claim against all Defendants is **DISMISSED**.

(5) Defendants' motion to dismiss Plaintiff Torres's retaliation claim against Basher, Phillips, Walters, Arnold, Putman, Brown, Mulligan, and Newell is **DENIED**.

(6) Defendants Pernell, Fitzgerald, Scutella, Martin, Giroux, Clark, Smith, Adams, and Szelewski are **TERMINATED** from this case.

(7) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED this 12th day of July, 2017.

/s/ Barbara J. Rothstein
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE