IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE TORRES, | ) | |
|     Plaintiff, | ) | Civil Action No. 1:15-cv-174 |
| | ) | |
|     v. | ) | |
| | ) | |
| NANCY GIROUX, et al., | ) | Judge Susan Paradise Baxter |
|     Defendants. | ) | |

## ORDER OF COURT

Susan Paradise Baxter, District Judge

Plaintiff initiated the instant action on July 17, 2015. ECF No. 1. On February 9, 2018, the remaining defendants in this action filed a Motion for Summary Judgment. ECF No. 66. On August 16, 2018, the undersigned, then a United States Magistrate Judge, issued a Report and Recommendation that the Motion for Summary Judgment be granted. ECF No. 70. No objections to the Report and Recommendation were filed.

On September 14, 2018, the undersigned was sworn in as a United States District Judge. This action was reassigned to this Court's docket on September 17, 2018. ECF No. 71.

In light of the foregoing, it is HEREBY ORDERED that the Report and Recommendation issued on August 16, 2018, is converted into a final Memorandum Opinion. Consistent with the recommendation therein, Defendants' Motion for Summary Judgment is GRANTED. Judgment is hereby entered in favor of Defendants and against Plaintiff as to all claims. The Clerk is directed to mark this case closed.

                                              /s/ Susan Paradise Baxter
                                              SUSAN PARADISE BAXTER
                                              United States District Judge

Dated: September 24, 2018